# United States Court of Appeals for the Federal Circuit

August 22, 2017

**ERRATA**

Appeal No. 2016-1356

**ALVARADO HOSPITAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY, DBA ALVARADO HOSPITAL MEDICAL CENTER, VERITAS HEALTH SERVICE, INC., A CALIFORNIA CORPORATION, DBA CHINO VALLEY MEDICAL CENTER, DESERT VALLEY HOSPITAL, INC., A CALIFORNIA CORPORATION, DBA DESERT VALLEY HOSPITAL, PRIME HEALTHCARE CENTINELA, LLC, A DELAWARE LIMITED LIABILITY COMPANY, DBA CENTINELA HOSPITAL MEDICAL CENTER, PRIME HEALTHCARE - ENCINO HOSPITAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY, DBA ENCINO HOSPITAL MEDICAL CENTER, PRIME HEALTHCARE SERVICES - GARDEN GROVE, LLC, A DELAWARE LIMITED LIABILITY COMPANY, DBA GARDEN GROVE HOSPITAL MEDICAL CENTER, PRIME HEALTHCARE HUNTINGTON BEACH, LLC, A DELAWARE LIMITED LIABILITY COMPANY, DBA HUNTINGTON BEACH HOSPITAL, PRIME HEALTHCARE LA PALMA, LLC, A DELAWARE LIMITED LIABILITY COMPANY, DBA LA PALMA INTERCOMMUNITY HOSPITAL, PRIME HEALTHCARE SERVICES - LOW BUCK LLC, A DELAWARE LIMITED LIABILITY COMPANY, DBA**

**LOWER BUCKS HOSPITAL, PRIME HEALTHCARE
SERVICES - MONTCLAIR, LLC, A DELAWARE
LIMITED LIABILITY COMPANY, DBA
MONTCLAIR HOSPITAL MEDICAL CENTER,
PRIME HEALTHCARE PARADISE VALLEY, LLC, A
DELAWARE LIMITED LIABILITY COMPANY, DBA
PARADISE VALLEY HOSPITAL, PRIME
HEALTHCARE SERVICES - ROXBOROUGH, LLC, A
DELAWARE LIMITED LIABILITY COMPANY, DBA
ROXBOROUGH MEMORIAL HOSPITAL, PRIME
HEALTHCARE SERVICES - SAN DIMAS, LLC, A
DELAWARE LIMITED LIABILITY COMPANY, DBA
SAN DIMAS COMMUNITY HOSPITAL, PRIME
HEALTHCARE SERVICES - SHASTA, LLC, A
DELAWARE LIMITED LIABILITY COMPANY, DBA
SHASTA REGIONAL MEDICAL CENTER, PRIME
HEALTHCARE SERVICES - SHERMAN OAKS, LLC,
A DELAWARE LIMITED LIABILITY COMPANY,
DBA SHERMAN OAKS HOSPITAL, PRIME
HEALTHCARE ANAHEIM, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,
DBA WEST ANAHEIM MEDICAL CENTER,**
*Plaintiffs-Appellants*

**v.**

**THOMAS E. PRICE, SECRETARY OF HEALTH AND
HUMAN SERVICES, IN HIS CAPACITY AS THE
SECRETARY OF THE US DEPARTMENT OF
HEALTH AND HUMAN SERVICES,**
*Defendant-Appellee*

Decided:  August 22, 2017
Precedential Opinion

_____


Please correct the caption, of both the majority and dis-

senting opinions, to the caption listed above.

Please also update the page headers of both opinions to ALVARADO HOSPITAL, LLC v. PRICE.